NO. 07-13-00015-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
JANUARY 31, 2013
--------------------------------------------------------------------------------

 
 SHAVONN PRICE, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2012-435,628; HONORABLE BRADLEY S. UNDERWOOD, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant, Shavonn Price, filed Notice of Appeal to appeal a judgment convicting her of the offense of possession of a controlled substance with intent to deliver, and sentence of six years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed a Motion to Dismiss Appeal on January 28, 2013.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.

 
 Mackey K. Hancock
 Justice

Do not publish.